Raymond W. CARTER, Plaintiff–
Appellant,

v.

Warden ANDERSON, Wateree Correctional Institution; Warden White, Wateree Correctional Institution; Principal Divine, Ridgeland Correctional Institution, Defendants–Appellees.

No. 09–7378.

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 20, 2009.

Decided: Oct. 27, 2009.

Raymond W. Carter, Appellant Pro Se. Charles Franklin Turner, Jr., Samuel C. Weldon, Turner, Padget, Graham & Laney, PA, Greenville, South Carolina, for Appellees.

Before TRAXLER, Chief Judge, NIEMEYER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Raymond W. Carter appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Carter v. Anderson,* Case No. 6:08–cv–00497–GRA, 2009 WL 2152439 (D.S.C. July 17, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*